IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM THOMAS BARNES, )
)
          Petitioner, )
)
     v. ) 1:13CV337
)
DUANE TERRELL, )
)
          Respondent, )

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter comes before the Court on a previously-filed Petition [Doc. #1] for a writ of habeas corpus under 28 U.S.C. § 2254. By order of this Court dated January 10, 2014, petitioner was forewarned that this action would be dismissed without further notification should he fail to comply by February 27, 2014, with the Court's earlier order requiring Petitioner to pay the $5.00 filing fee. The Court finds that no filing fee has been paid.

IT IS THEREFORE RECOMMENDED that this action be dismissed without prejudice to Petitioner filing a new petition, accompanied by the $5.00 filing fee or a current application to proceed in forma pauperis.

This, the 24th day of March, 2014.

                                                            /s/ Joi Elizabeth Peake
                                                       United States Magistrate Judge