IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM THOMAS BARNES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:13CV337 |
| ) | |
| DUANE TERRELL, ) | |
| ) | |
| Respondent. ) | |

ORDER

On August 12, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #28] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #26], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Respondent's Motion for Summary Judgment [Doc. #22] is GRANTED, the Petition [Doc. #1] is DENIED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 10th day of September, 2015.

_____
United States District Judge